Universal Savings and Loan Association, a Corporation, v. Cosmopolitan National Bank of Chicago, Trustee Under Trust Agreement Dated March 10, 1959, Known as Trust No. 8524, Chicago Title and Trust Company, Trustee Under Trust Deed Dated March 21st, 1959, Peter Nahakes, Peter J. Vlahakis, and Unknown Owners.

Peter J. Vlahakis, Petitioner-Appellant, v. Universal Savings and Loan Association, a Corporation, Respondent-Appellee.

Gen. No. 54,133. 

First District.
August 21, 1970.

Peter J. Vlahakis, pro se, of Des Plaines, appellant; Harold Louis Miller, of Chicago, for appellee. Opinion by PRESIDING JUSTICE CRAVEN. Not to be published in full.